**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Leda P. Vinas** | Social Security number or ITIN   xxx–xx–2850 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number:  18–31234–JKS | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Leda P. Vinas

2/1/19

**By the court:** <u>John K. Sherwood</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-31234-JKS
Leda P. Vinas                                                         Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Feb 01, 2019
                             Form ID: 318          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2019.
db          +Leda P. Vinas,   209 Comly Road, Apt. A27,   Lincoln Park, NJ 07035-1191
517834375    Apothaker Scian, PC,   520 Fellowship Road, Ste. C306,   Po Box 5496,
             Mount Laurel, NJ 08054-5496
517834376   +Beaver Brook Associates,   209 Comly Road, Ste. A12,   Lincoln Park, NJ 07035-1190
517834381   +State of NJ,   Municipal Court of Oakland Boro,   10 Lawlor Drive,   Oakland, NJ 07436-1820
517834383   +Walter Kavanagh, Court Officer,   Morristown Special Civil Part,   PO Box 1702,
             Morristown, NJ 07962-1702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2019 02:05:42   U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2019 02:05:37   United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr           EDI: GMACFS.COM Feb 02 2019 06:28:00   Ally Financial,   PO Box 130424,
             Roseville, MN  55113-0004
517834373    E-mail/Text: ebn@americollect.com Feb 02 2019 02:05:55   Americollect,   Po Box 1566,
             1851 South Alverno Road,   Manitowoc, WI 54221
517834372   +EDI: GMACFS.COM Feb 02 2019 06:28:00   Ally Financial,   Attn: Bankruptcy Dept,
             Po Box 380901,   Bloomington, MN 55438-0901
517834374   +EDI: AMEREXPR.COM Feb 02 2019 06:28:00   Amex,   Correspondence/Bankruptcy,   Po Box 981540,
             El Paso, TX 79998-1540
517834377   +E-mail/Text: bankruptcy@cavps.com Feb 02 2019 02:06:13   Cavalry Portfolio Services,
             Attn: Bankruptcy Department,   500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
517834378   +EDI: CHASE.COM Feb 02 2019 06:28:00   Chase Card Services,   Correspondence Dept,
             Po Box 15298,   Wilmington, DE 19850-5298
517834379   +EDI: RESURGENT.COM Feb 02 2019 06:28:00   LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,
             Po Box 10497,   Greenville, SC 29603-0497
517834380   +EDI: RESURGENT.COM Feb 02 2019 06:28:00   Resurgent Capital Services,   Po Box 10587,
             Greenville, SC 29603-0587
517834382    EDI: TFSR.COM Feb 02 2019 06:28:00   Toyota Motor Credit Co,   Toyota Financial Services,
             Po Box 8026,   Cedar Rapids, IA 52408
517834384    EDI: WFFC.COM Feb 02 2019 06:28:00   Wells Fargo Bank,   Attn: Bankruptcy Dept,   Po Box 6429,
             Greenville, SC 29606
517834385   +EDI: WFFC.COM Feb 02 2019 06:28:00   Wells Fargo Bank Ia N,   Attn: Bankruptcy Dept,
             Po Box 6429,   Greenville, SC 29606-6429
                                                                                TOTAL: 13

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2019 at the address(es) listed below:
          Barbara  Edwards    bedwardstrustee@aol.com,  NJ48@ecfcbis.com
          Carlos D Martinez    on behalf of Debtor Leda P. Vinas cmartinez@scura.com,
          ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;dstevens@scura.com;jdeposit
          o@scuramealey.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
          kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Feb 01, 2019
                             Form ID: 318              Total Noticed: 18

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                                          TOTAL: 5